**DISMISS and Opinion Filed May 6, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01450-CV

## GREGORY L. GARDNER, Appellant
## V.
## GSA RENTALS, LLC, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-05618-D**

## MEMORANDUM OPINION
Before Justices Bridges, Pedersen, III, and Evans
Opinion by Justice Bridges

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and appellant's brief to be filed by March 13, 2020. By postcards dated March 19, 2020 and April 10, 2020, we notified appellant the time for filing appellant's brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice.

To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

191450F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GREGORY L. GARDNER,
Appellant

No. 05-19-01450-CV     V.

GSA RENTALS, LLC, Appellee

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-19-05618-
D.
Opinion delivered by Justice Bridges.
Justices Pedersen, III and Evans
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellee GSA RENTALS, LLC recover its costs of
this appeal from appellant GREGORY L. GARDNER.

Judgment entered May 6, 2020